United States District Court
Southern District of Texas
**ENTERED**
March 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **C.M.C., a minor** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-05389** |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Petitioner C.M.C., a minor in the custody of the Office of Refugee Resettlement (ORR), filed this Petition for Habeas Corpus on November 11, 2025. ECF No. 1. He subsequently filed an Amended Petition on December 8, 2025, rendering his original Petition moot. ECF No. 8.

Most recently, Respondents advised the Court that Petitioner was discharged from ORR custody to the custody of his sponsor, his grandfather, on February 3, 2026. *See* ECF No. 16 (Advisory).

In light of this information, the Court **DENIES AS MOOT** the Amended Petition for Habeas Corpus (ECF No. 8). The clerk is directed to administratively close this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 26, 2026.

Keith P. Ellison
United States District Judge

1